UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARCELIO JOSEPH REYBOL,

    Plaintiff,

v.

INTERNATIONAL OLYMPIC COMMITTEE, et al.,

    Defendants.

Case No. 23-cv-06166-SK

**ORDER TO SHOW CAUSE**

    Plaintiff, proceeding pro se, filed his complaint along with an application to proceed *in forma pauperis* on November 29, 2023. (Dkt. No. 1.) The Court granted the application to proceed *in forma pauperis*, but after screening, the Court dismissed the complaint for failure to state a claim. (Dkt. No. 5.) The Court gave Plaintiff leave to file an amended complaint by January 5, 2024. To date, Plaintiff has not filed an amended complaint.[1]

    The Court has a full case load and does not have the time to manage this case for Plaintiff. Plaintiff must prosecute this case diligently. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than February 2, 2024, why the Court should not reassign this matter to a District Judge with a report and recommendation that the case should be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Should Plaintiff wish to include an amended complaint, he must file it at the same time as his response to this Order to Show Cause. Plaintiff is admonished that, if he does not file a response by the deadline, the Court

---

[1] On December 29, 2023, Plaintiff filed a document entitled "Answer to a Crossclaim; Reply to Answer; Federal Rule 7 of Civil Procedure." (Dkt. No. 6.) However, this document contains nothing that the Court could construe as an amended complaint. In an abundance of caution, the Court issues this Order to Show Cause to allow Plaintiff a final opportunity to file an amended complaint.

will issue an order of reassignment with a report and recommendation recommending dismissal without further notice.

**IT IS SO ORDERED**.

Dated: January 12, 2024

_____
SALLIE KIM
United States Magistrate Judge