UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCELIO JOSEPH REYBOL, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL OLYMPIC COMMITTEE, et al., <br><br> Defendants. | Case No. 23-cv-06166-SI <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** <br><br> Re: Dkt. No. 8 |

On February 9, 2024, Magistrate Judge Kim issued a Report and Recommendation recommending that this case be dismissed for failure to prosecute. Dkt. No. 8. On November 30, 2023, Judge Kim granted plaintiff's application to proceed *in forma pauperis* and issued a Screening Order dismissing plaintiff's complaint with leave to amend. Dkt. No. 5. Plaintiff did not amend his complaint. On January 12, 2024, Judge Kim issued an Order to Show Cause, to which plaintiff did not respond. *See* Dkt. No. 7. Thereafter, Judge Kim issued her Report and Recommendation. Pursuant to Federal Rule of Civil Procedure 72, objections to the Report and Recommendation were due no later than February 26, 2024 (14 days from service of the Report and Recommendation, plus 3 days to allow for mail service). The Court has not received any objections from Mr. Reybol.

The Court has reviewed the Report and Recommendation and agrees with the recommendation that this case be dismissed for failure to prosecute. Accordingly, the Court ADOPTS the Report and Recommendation and DISMISSES this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: March 8, 2024

SUSAN ILLSTON
United States District Judge