UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCELIO JOSEPH REYBOL, | Case No. 23-cv-06166-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| INTERNATIONAL OLYMPIC COMMITTEE, et al., | |
| Defendants. | |

Om March 8, 2024, the Court ordered this action dismissed without prejudice for failure to prosecute. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 8, 2024

_____
SUSAN ILLSTON
United States District Judge